IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| American Family Mutual Insurance Company, | ) ) ) | |
| Plaintiff, | ) ) | Case No: 3:17 cv 50052 |
| v. | ) ) ) | Magistrate Judge: Iain D. Johnston |
| Adam Koroll, et al. Defendants. | ) ) | |

## ORDER, REPORT AND RECOMMENDATION

    A status hearing was held on 10/17/2017. Defendants Cynthia Koroll and Adam Koroll were not present. On 8/29/2017 Cynthia Koroll also failed to appear, and the Court warned at the time that failing to appear on 10/17/2017 would result in a report and recommendation that an order of default be entered against her. In light of her failure to appear on 8/29/2017 and 10/17/2017, and the Court's warning about the consequences of failing to appear on 10/17/2017, it is this Court's Report and Recommendation that an order of default be entered against defendant Cynthia Koroll both under Fed. R. Civ. P. 55(a) for failure to otherwise defend, as well as the court's inherent authority based on her failure to appear at status hearings and follow a court order. Any objection to the Report and Recommendation must be filed by 11/8/2017. Failure to object may constitute a waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260 (7th Cir. 1989).

    Defendant Adam Koroll previously had an order of default entered against him. Dkt. 26. But he appeared pro se on 8/29/2017. The Court provided Adam Koroll with contact information to The John Marshall Law School Veterans' Clinic so that he could move to vacate the default order, if appropriate. Adam Koroll was also informed that he needed to appear on 10/17/2017, but failed to do so and no attorney has appeared on his behalf. As a result, the Court will not grant a motion to vacate the default if one is filed in the future. The plaintiff's motion for summary judgment shall be filed by 11/15/2017, the defendants may respond by 12/11/2017, and the plaintiff may reply by 12/29/2017. Status hearing is set for 2/20/2018 at 9:00AM. Plaintiff's counsel may appear telephonically by providing a direct-dial number for the hearing to the Court's operations specialist by 2/16/2018. The defendants must appear in person.

(:05)
Date:   October 25, 2017                                        /s/ Iain D. Johnston
                                                                                    U.S. Magistrate Judge