# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| American Family Mutual Insurance Company, | ) |  |
|---|---|---|
| *Plaintiff*, | ) ) ) |  |
| v. | ) ) | Case No: 17 C 50052 |
| Adam Koroll, et al., | ) ) |  |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## **ORDER**

Before the court is a report and recommendation ("R&R") [30] from the magistrate judge that an order of default be entered against defendant Cynthia Koroll both under Fed. R. Civ. P. 55(a) for failure to otherwise defend, as well as the court's inherent authority based on her failure to appear at status hearings and follow a court order. Accordingly, there being no written objection to the R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and directs the clerk to enter a default judgment against defendant Cynthia Koroll declaring that (a) the complaint filed by Cynthia Koroll does not seek damages caused by an occurrence under the identified policy of insurance and (b) American Family Mutual Insurance Company, under said identified policy of insurance in no way, manner or form, affords coverage nor protects Adam Koroll in the action brought by Cynthia Koroll.

Date: 11/9/2017

ENTER:

_____
FREDERICK J. KAPALA

District Judge