IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| American Family Mutual Insurance Company, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 17 CV 50052 |
| v. | ) ) Magistrate Judge Iain D. Johnston |
| Adam Koroll, *et al.*, | ) ) |
| Defendants. | ) |

# REPORT AND RECOMMENDATION

Motion hearing held on January 4, 2018, on Plaintiffs' motion for default judgment [33] against Defendants Adam Koroll and Cynthia Koroll. Adam Koroll was present, and the Court granted his request to respond to the instant motion.

As to Cynthia Koroll, she did not appear for the motion hearing, despite being served with the motion and hearing date. *See* Dkts. 34-35. On November 9, 2017, the district court entered an order of default against Cynthia Koroll for failure to otherwise defend based on her continued failure to appear at scheduled court hearings. Dkt. 32. Plaintiff has now filed the instant motion requesting a default judgment.

It is this Court's Report and Recommendation that Plaintiff's motion for default judgment [33] be entered against Cynthia Koroll. Any objection to this Report and Recommendation is due by January 19, 2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Dated: January 5, 2018       By: _____
                                                    Iain D. Johnston
                                                    United States Magistrate Judge