# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| American Family Mutual Insurance Company, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | Case No: 17 C 50052 |
| Adam Koroll, et al., | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [37] from the magistrate judge that this court grant plaintiff's motion for entry of default judgment [33] against defendant Cynthia Koroll. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and grants plaintiff's motion for entry of default judgment against Cynthia Koroll pursuant to Federal Rule of Civil Procedure 55(b)(2).

Date: 3/22/2018                  ENTER:

                                                     _____
                                                     FREDERICK J. KAPALA

                                                     District Judge