IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| American Family Mutual Insurance Company )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Adam Koroll, et al. )<br>Defendants. ) | Case No: 3:17 CV 50052<br><br>Judge: Iain D. Johnston |

## REPORT AND RECOMMENDATION

In light of Judge Kapala's order [51], it is this Court's Report and Recommendation that defendant Adam Koroll's amended motion to vacate the clerk's entry of an order of default [47] be granted. The original motion to vacate [42] is stricken as moot in light of the amended motion. Any objection to this Report and Recommendation is due by 11/13/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: 10/29/2018  /s/ Iain D. Johnston
U.S. Magistrate Judge