# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| American Family Mutual Insurance Company, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) | Case No: 3:17 CV 50052 |
| Adam Koroll, *et al.*, | ) ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [52] from the magistrate judge that this court grant defendant's amended motion to vacate the clerk's entry of an order of default [47] be granted and that this court strike the original motion to vacate [42] as moot in light of the amended motion. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R, grants defendant's amended motion to vacate, and strikes the original motion to vacate.

Date: 11/15/2018                    ENTER:

                                    _____
                                    FREDERICK J. KAPALA

                                    District Judge